UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

PATRICK MURPHY        )
                 )
  vs.            )  Case No. 08-790-CV-W-RED-SSA
                 )
MICHAEL J. ASTRUE,       )
Commissioner of the Social Security.   )
                 )

\_  Jury Verdict.  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

  Upon review of the record, the Court finds that substantial evidence of record supports the Administrative Law Judge's findings and conclusions. Accordingly, the Court **AFFIRMS** the decision of the Administrative Law Judge.

  **IT IS SO ORDERED.**

July 29, 2009            Ann Thompson
Date                 Clerk of the Court


Entered on: July 30, 2009        s/ Karen Siegert
                      (By) Deputy Clerk